# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILL JILES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS MARSHALS,<br><br>　　　　Defendants. | Case No. 2:06-CV-00804-JCM (GWF)<br><br>**REPORT & RECOMMENDATIONS** |

　　　　Plaintiff has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983. Upon review of the Court's records, the Complaint and Application To Proceed *In Forma Pauperis* (#1) is actually a new filing alleging the same common nucleus of facts and parties as presented in the previously filed action, *Will Jiles v. Metropolitan Police Department, et al.*, Case No. 2:05-CV-0031-RCJ-LRL. Plaintiff does not appear to present new information in the instant case that would warrant filing this complaint in 2:05-CV-0031-RCJ-LRL as an amended complaint. Accordingly,

　　　　**IT IS RECOMMENDED** that the Plaintiff's Complaint and Application To Proceed *In Forma Pauperis* (#1) be **Dismissed** with prejudice.

　　　　DATED this 1st day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**GEORGE FOLEY, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**