UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILL JILES,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS MARSHALS,<br><br>        Defendants. | 2:06-CV-804 JCM (GWF)<br><br>Date:    N/A<br>Time:    N/A |

**ORDER**

Presently before the court is the August 1, 2006, report and recommendation (#2) of Magistrate Judge Foley recommending that the complaint and application to proceed *in forma pauperis* be dismissed with prejudice. Magistrate Judge Foley found that this complaint was a new filing alleging the same common nucleus of facts and parties as presented in plaintiff's previously dismissed action, *Jiles v. Metropolitan Police Department*, Case No. 2:05-CV-0031. No objections have been filed.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Foley's
2  report and recommendation (#2) is AFFIRMED in its entirety. The clerk shall enter judgment
3  accordingly.
4    DATED this 25th day of August, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -